IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOYCE ACKERMAN, et al.,

        Plaintiffs,        :        Case Nos.  3:00-cv-277
                                                                         3:04-cv-033

                                                            District Judge Walter Herbert Rice
-vs-                                                 Chief Magistrate Judge Michael R. Merz

                                              :
FORTIS BENEFITS INSURANCE CO.,

        Defendants.

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #135 in 3:00-cv-277 & Doc. #81 in 3:04-cv-33), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that any further appeal would be frivolous and leave to pursue that appeal *in forma pauperis* should be denied.

November 20, 2008

                                                                Walter Herbert Rice
                                                                United States District Judge